# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   SUSANNE V. AFFRUNTI & JACK D. AFFRUNTI            Case Number: 06-70963
104 FALCON WAY SW                          SSN-xxx-xx-7760 & xxx-xx-2874
POPLAR GROVE, IL  61065

|  |  |  |
|---|---|---|
| Case filed on: | 6/7/2006 |
| Plan Confirmed on: | 9/1/2006 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $11,027.07            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 2,574.00 | 2,574.00 | 1,774.00 | 0.00 |
|  | Total Legal | 2,574.00 | 2,574.00 | 1,774.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | SUSANNE V. AFFRUNTI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 8,581.92 | 5,336.00 | 757.14 | 1,369.45 |
| 002 | COUNTRYWIDE HOME LOANS INC | 6,680.72 | 6,680.72 | 962.81 | 0.00 |
| 003 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 15,792.59 | 15,792.59 | 2,731.98 | 2,800.56 |
|  | Total Secured | 31,055.23 | 27,809.31 | 4,451.93 | 4,170.01 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 681.64 | 0.00 | 0.00 |
| 003 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 200.00 | 42.00 | 0.00 | 0.00 |
| 005 | STATE OF WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVENTIST HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLERGY & ASTHMA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ANESTHESIOLOGISTS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AQUA ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 887.81 | 186.44 | 0.00 | 0.00 |
| 011 | AVON PRODUCTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BANK FIRST | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BMG MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 46.00 | 9.66 | 0.00 | 0.00 |
| 015 | CANDLEWICK ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COMED CO | 849.46 | 178.39 | 0.00 | 0.00 |
| 020 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COMMUNITY ORTHOPAEDICS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DAVID DOUGLAS SHOEBERG, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DIALAMERICA MARKETING, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DUPAGE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | DUPAGE MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | GOOD SAMARITIAN HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | GOOD SAMARITIAN HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | GOOD SAMARITIAN HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | HIGHLIGHTS FOR CHILDREN | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | HINSDALE ORTHOPAEDIC ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | IC SYSTEM INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ILLINOIS TOLLWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | INTEGRATIVE HEALTH ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | JUST FOR KIDS PED DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROUNDUP FUNDING LLC | 199.02 | 41.79 | 0.00 | 0.00 |
| 038 | MED FIRST ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ACCOUNT RECOVERY SERVICES | 156.20 | 32.80 | 0.00 | 0.00 |
| 040 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | MEIJER STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | MID AMERICA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | MIDWEST DIAGNOTISTIC PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | MIDWEST PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MUTUAL MANAGEMENT SERVICES | 294.35 | 61.81 | 0.00 | 0.00 |
| 046 | NICOR GAS | 929.47 | 195.19 | 0.00 | 0.00 |
| 047 | VEOLIA ENVIRONMENTAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | PEOPLE MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | ROCKFORD CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | ROCKFORD GASTRO ENTEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | ROCKFORD HEALTH PHYSICIANS | 29.40 | 6.17 | 0.00 | 0.00 |
| 052 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | ROCKFORD ORTHOPEDIC ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | ROOFING SYSTEMS INC | 90.00 | 18.90 | 0.00 | 0.00 |
| 056 | SALERNO FUNERAL HOME | 6,249.00 | 1,312.29 | 0.00 | 0.00 |
| 057 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | ST. ANDREW THE APOSTLE SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | ST. ANTHONY HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | AFNI/VERIZON | 174.80 | 36.71 | 0.00 | 0.00 |
| 077 | VERIZON NORTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | VILLAGE OF ROMEOVILLE | 23.40 | 4.91 | 0.00 | 0.00 |
| 080 | WESTERN CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | CREDITORS PROTECTION SERVICE, INC | 6,133.69 | 1,288.07 | 0.00 | 0.00 |
| 082 | ROCKFORD MERCANTILE AGENCY INC | 3,100.42 | 651.09 | 0.00 | 0.00 |
| 083 | PORTFOLIO RECOVERY ASSOCIATES | 863.38 | 181.31 | 0.00 | 0.00 |
| | Total Unsecured | 20,226.40 | 4,929.17 | 0.00 | 0.00 |
| | Grand Total: | 53,855.63 | 35,312.48 | 6,225.93 | 4,170.01 |

Total Paid Claimant:      $10,395.94
Trustee Allowance:           $631.13
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                    By  /s/Heather M. Fagan